UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Shane Setterington, *et al.*,

        Plaintiffs,    Case No. 15-cv-13687
                              Hon. Judith E. Levy
v.                                 Mag. Judge Michael J. Hluchaniuk

City of Warren, *et al.*,

        Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART MOTION
FOR PRELIMINARY INJUNCTION [3]**

On November 19, 2015, the Court held a hearing on defendants' motion for a preliminary injunction. (Dkt. 3.) Testimony was taken and oral argument was heard. For the reasons set forth on the record, the Court determines that injunctive relief is warranted as set forth below.

Accordingly, it is hereby ordered that:

Plaintiffs will permit, and defendants will conduct, all necessary fire safety inspections for the property located at 29601 Hoover Road in Warren, Michigan, as soon as possible, but no later than **December 3,**

**2015**, with defendants to provide to plaintiffs a report detailing any violations of relevant code violations by that date;

Plaintiffs will permit, and defendants will conduct, all other necessary inspections for the property located at 29601 Hoover Road in Warren, Michigan, by **December 21, 2015**, with defendants to provide to plaintiffs a report detailing any violations of relevant code violations by that date;

Plaintiffs will abate or object to all identified violations set forth in defendant's report of violations by **February 1, 2016**;

Members of the public other than the owners, operators, and employees of the businesses operating out of 29601 Hoover Road, as well as their lawyers and inspectors and other officials for the city of Warren are barred from entering 29601 Hoover Road until the fire safety issues are addressed, so long as plaintiffs continue to use the basement grow operation;

Plaintiffs will submit a request for a certificate of compliance for any and all uses for the building located at 29601 Hoover Road that have not previously been approved no later than **November 20, 2015**,

and the City of Warren will respond to these requests in the normal course;

The Court will hold a scheduling conference on **December 17, 2015 at 10 A.M.** at the **Theodore Levin United States Courthouse** in **Detroit, Michigan, Room 101**.

IT IS SO ORDERED.

Dated: November 20, 2015       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2015.

     s/Felicia M. Moses
     FELICIA M. MOSES
     Case Manager